UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,

       Plaintiff,

                                              CASE NO. 1:12-CV-617

v.

                                              HON. ROBERT J. JONKER

JEFFREY ROY,

       Defendant.

_____/

## ORDER

      The Court does not find good cause to extend the Case Management order deadlines. Discovery has been open for 8 months. There is no explanation of good cause for waiting until the day before close of discovery to address Defendant's hard drive. The motion to extend Case Management Order deadlines (docket # 39) is **DENIED.**

Dated:     September 3, 2013        /s/ Robert J. Jonker
                                                            ROBERT J. JONKER
                                                            UNITED STATES DISTRICT JUDGE