UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,

       Plaintiff,                      Case No. 1:12–cv–00617–RJJ

v.                                Hon. Robert J. Jonker

JOHN DOE 1, et al.,

       Defendants.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

Motion(s):          Motion for Summary Judgment – #41
Date/Time:         December 19, 2013   03:00 PM
Judge:              Robert J. Jonker
Place/Location:    699 Federal Building, Grand Rapids, MI

                                             ROBERT J. JONKER
                                             United States District Judge

Dated:   October 7, 2013        By:  /s/ Melva I. Ludge_____
                                         Case Manager