# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY ROY,<br><br>    Defendant. | Civil Action Case No.: 1:12-cv-00617-RJJ |

## STIPULATION ON EXTENSION OF TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56 [CM/ECF 41]

    Plaintiff, Malibu Media, LLC and Defendant, Jeffrey Roy, hereby agree and stipulate that the deadline for Plaintiff to file its response to Defendant's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 [CM/ECF 41], which is currently due Monday, October 28, 2013, shall be extended by a period of fourteen (14) days, or until November 11, 2013.

    Dated: October 25, 2013

Respectfully submitted,

| | |
|---|---|
| /s/ *Paul J. Nicoletti* | /s/ *John Hermann* |
| Paul J. Nicoletti, Esq. (P44419) | JOHN T. HERMANN (P52858) |
| NICOLETTI & ASSOCIATES, PLLC | Attorney for Defendant |
| paul@nicoletti-associates.com | 2684 West Eleven Mile Road |
| 36880 Woodward Ave, Suite 100 | Berkley, MI 48072 |
| Bloomfield Hills, MI 48304 | (248) 591-9291 |
| Tel:  (248) 203-7800 | *Attorney for Defendant* |
| Fax:  (248) 203-7801 | |
| *Attorneys for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

     I hereby certify that October 25, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                By:    /s/ *Paul J. Nicoletti*