IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (1)

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                      Civil Action No. 1:12-cv-00617-RJJ

JEFFREY ROY,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT WITH
DEFENDANT JEFFREY ROY**

    **PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, Jeffrey Roy ("Defendant"). Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated: February 8, 2014                    Respectfully submitted,

                                                              By:    /s/ *Paul J. Nicoletti*
                                                               Paul J. Nicoletti
                                                               pauljnicoletti@gmail.com
                                                              LAW OFFICE OF NICOLETTI &
                                                               ASSOCIATES, PLLC
                                                               36880 Woodward Avenue, Suite 100
                                                               Bloomfield Hills, Michigan 48304
                                                               Phone: (248) 203-7800
                                                               *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Paul J. Nicoletti*
Paul J. Nicoletti

## CERTIFICATE OF COMPLIANCE

Pursuant to MI R USDCTED LR 5.1(a), I hereby certify that the PLAINTIFF'S NOTICE OF SETTLEMENT WITH DEFENDANT JEFFREY ROY has been prepared using one of the font and point selections approved by the Court in MI R USDCTED LR 5.1(a)(3). This document was prepared using Times New Roman (12 pt.).

This 8th day of February, 2014.

/s/ *Paul J. Nicoletti*
Paul J. Nicoletti